The Supreme Court docket number is SC 16941.

*William J. Wenzel,* in support of the petition.

*Donald E. Frechette,* in opposition.

Decided February 19, 2003

---

ALLSTATE INSURANCE COMPANY *v.*
JOHN CALTABIANO

*Terence A. Zemetis* and *Jane G. Beddall,* in support
of the petition.

*Laurence V. Parnoff,* in opposition.

Decided February 19, 2003

---

STATE OF CONNECTICUT *v.* OSCAR MELENDEZ

KATZ, J., did not participate in the consideration or
decision of this petition.

*Alice Osedach-Powers,* assistant public defender, in
support of the petition.